IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JESSE A. BONNICHSEN,**　　　　　　　　　　　3:11-CV-00872-BR

　　　　**Plaintiff,**　　　　　　　　　　　　　　**JUDGMENT**

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

　　　　**Defendant.**

　　Based on the Court's Opinion and Order (#17) issued July 2, 2012, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

　　DATED this 2nd day of July, 2012.

　　　　　　　　　　　　　　　　　　　／s／ Anna J. Brown
　　　　　　　　　　　　　　　　　　ANNA J. BROWN
　　　　　　　　　　　　　　　　　　United States District Judge

1 - JUDGMENT