IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


JESSE A. BONNICHSEN,                          3:11-CV-00872-BR

　　　　　Plaintiff,                          JUDGMENT

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

　　　　　Defendant.


　　　　Based on the Court's Opinion and Order (#17) issued

July 2, 2012, the Court **AFFIRMS** the Commissioner's final decision

and **DISMISSES** this matter.

　　　　DATED this 2nd day of July, 2012.


　　　　　　　　　　　　　　　　　　　　  /s/ Anna J. Brown
　　　　　　　　　　　　　　　　　　　　ANNA J. BROWN
　　　　　　　　　　　　　　　　　　　　United States District Judge


1 - JUDGMENT